**Corey Lamonde JAMES,**
**Plaintiff–Appellant,**

and

**Aaron Little French, Plaintiff,**

v.

**MARYLAND DIVISION OF CORREC-
TION; Warden Bobby Shearin; Chap-
lain Lamp, Defendants–Appellees.**

No. 13–6595.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 26, 2013.

Corey Lamonde James, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order granting Defendants summary judgment on his civil rights claims brought pursuant to 42 U.S.C. § 1983 (2006), and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc–5 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *James v. Maryland Div. of Corr.,* Nos. 1:11–cv–03301–CCB, 1:11–cv–02142–CCB (D.Md. Mar. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*